FILED

2015 MAY -6 AM 11:47

U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY: _____

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | **15-0820M** |
| v. | |
| TIGRAN SARKISYAN | **AFFIDAVIT RE OUT-OF-DISTRICT WARRANT** |
| DEFENDANT(S). | |

The above-named defendant was charged by: Indictment 15-CR-0234-CRB
in the Northern District of California on April 28, 2015
at 1:00 ☐ a.m. / ☒ p.m. The offense was allegedly committed on or about 2009 through April 28, 2015
in violation of Title 18 U.S.C., Section(s) please see attached
to wit: please see attached

A warrant for defendant's arrest was issued by: the Clerk of the Court, Northern District of California

Bond of $ Seeking detention was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach): Indictment 15-CR-0234-CRB; arrest warrant; continuation sheet describing offenses

---

I swear that the foregoing is true and correct to the best of my knowledge.

Sworn to before me, and subscribed in my presence on _____ MAY 6 2015 _____, by

_Sandra Butler_ _____ , Deputy Clerk.

_[signature]_                        1062  Christian Walters
Signature of Agent                   Print Name of Agent

Federal Bureau of Investigation      Special Agent
Agency                                Title

---

CR-52 (05/98)                AFFIDAVIT RE OUT-OF-DISTRICT WARRANT

(15)  TIGRAN SARKISYAN

Count One – RICO Conspiracy, 18 U.S.C. § 1962(d)
    Max. term of imprisonment:    20 years
    Max. term of supervised release:    3 years
    Max fine:    Greatest of either $250,000 or 2x gain/loss

Count Two – Conspiracy to Commit Identity Theft, 18 U.S.C. § 1028(f)
    Max. term of imprisonment:    15 years
    Max. term of supervised release:    3 years
    Max. fine:    Greatest of either $250,000 or 2x gain/loss

Count Three – Conspiracy to Commit Access Device Fraud, 18 U.S.C. § 1029(b)(2)
    Max. term of imprisonment:    5 years
    Max. term of supervised release:    3 years
    Max. fine:    Greatest of either $250,000 or 2x gain/loss

Count Four – Conspiracy to Commit Mail, Wire, and Bank Fraud, 18 U.S.C. § 1349
    Max. term of imprisonment:    30 years
    Max. term of supervised release:    5 years
    Max. fine:    Greatest of either $1,000,000 or 2x gain/loss

Count Five – Conspiracy to Commit Money Laundering, 18 U.S.C. § 1956(h)
    Max. term of imprisonment:    20 years
    Max. term of supervised release:    3 years
    Max. fine:    Greatest of either $500,000 or 2x value of property

For each count:
    Special assessment:    $100
    Restitution
    Forfeiture

Total maximum aggregate term of imprisonment:    90 years